Submitted on remand June 21, reversed and remanded for reconsideration
August 29, 2001

In the Matter of the Compensation of
Pamela J. McKiney, Claimant.

Pamela J. McKINEY,
*Petitioner,*

*v.*

CARDINAL SERVICES
and AIG Claim Services, Inc.,
*Respondents.*

TP98008; A104861

31 P3d 1095

James C. Coffey for petitioner.

Jenny Ogawa for respondents.

Before Armstrong, Presiding Judge, and Kistler, Judge, and Warren, Senior Judge.*

PER CURIAM

Reversed and remanded for reconsideration in light of *Rash v. McKinstry Co.*, 331 Or 665, 20 P3d 147 (2001).

---

* Warren, S. J., *vice* Edmonds, P. J.